

# Fourth Court of Appeals
## San Antonio, Texas

March 24, 2020

No. 04-19-00638-CV

**HARLANDALE INDEPENDENT SCHOOL DISTRICT**,
Appellant

v.

**JASMINE ENGINEERING, INC.**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-02459
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Motion for Rehearing and En Banc Reconsideration is hereby GRANTED. Time is extended until April 16, 2020.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of March, 2020.

_____
Michael A. Cruz,
Clerk of Court